■■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. BELINDA J. PLANT, Individually and as Personal Representative of ROBERT J. PLANT, Deceased, Respondent, v ACandS, INC., et al., Defendants, and OWENS-ILLINOIS, INC., Appellant. [710 NYS2d 273] —Order unanimously affirmed with costs. Same Memorandum as in *Chrabas v Green Indus.* (273 AD2d 863 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Kane, J.—Conflict of Laws.) Present— Green, J. P., Hayes, Hurlbutt and Kehoe, JJ.